**SHUJAH U. QURASHI**      *      **NO. 2022-CA-0424**

**VERSUS**      *      **COURT OF APPEAL**

**ELLEN ROSENOW AND**      *      **FOURTH CIRCUIT**
**UNITED SERVICES**
**AUTOMOBILE ASSOCIATION**      *      **STATE OF LOUISIANA**

     *

     *

**\* \* \* \* \* \* \***

SCJ

**JENKINS, J. CONCURS IN THE RESULT.**